UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CANAMERA RESTAURANT SERVICES, LLC     Chapter 7
                                                                Case No. 09-69831-TJT
                     Debtor.                          Hon: Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

       The attached check in the amount of $2,051.25, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 5 | Lee Howell<br>14967 Ardmore<br>Detroit, MI 48227 | $ 600.00 |
| 9 | Jonathan Maxwell<br>36744 Harper, #106<br>Clinton Twp., MI 48035 | $ 270.00 |
| 40 | Herbert Velez<br>3421 Roehl Ave.<br>Cleveland, OH 44109 | $ 650.00 |
| 44 | Myah Gray<br>PO Box 24811<br>Cleveland, OH 44124 | $ 531.25 |
| | **TOTAL:** | **$2,051.25** |

Dated:    2/4/11                                                    /s/ Stuart A. Gold
                                                                                      Stuart A. Gold, Trustee
                                                                                      24901 Northwestern Hwy., Ste 444
                                                                                      Southfield, MI 48075-2223
                                                                                      (248) 350-8220
                                                                                      stuart.gold@7trustee.net